

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00890-CR

**IN RE** Benjamin **ESCOBEDO**

Original Mandamus Proceeding[1]

**ORDER**

On December 27, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 8, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CR4634, styled *The State of Texas v. Benjamin Escobedo*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.